# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Erle W. Patterson Jr.　　　　　　　　　　　　　　CHAPTER 13
　　　　　　　Debtor(s)

BKY. NO. 22-22186 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　Kindly enter my appearance on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and index same on the master mailing list.

Respectfully submitted,

/s/ Brent J. Lemon
Brent Lemon
17 Sep 2024, 13:10:35, EDT

Denise Carlon, Esq. (317226)　☐
Brent Lemon, Esq. (86478)　☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com