**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ERLE W. PATTERSON, JR.

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:22-22186 GLT

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/04/2022 and confirmed on 01/10/2023 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 42,205.06 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 42,200.06 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,000.00 | |
| Trustee Fee | 2,488.82 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,488.82 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| US BANK TRUST NA - TRUSTEE ET AL<br>Acct: 4269 | 0.00 | 27,071.03 | 0.00 | 27,071.03 |
| US BANK TRUST NA - TRUSTEE ET AL<br>Acct: 4269 | 25,950.35 | 8,640.21 | 0.00 | 8,640.21 |
| PNC BANK NA<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 35,711.24 |
| Priority | | | | |
| RUSSELL A BURDELSKI ESQ*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ERLE W. PATTERSON, JR.<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ERLE W. PATTERSON, JR.<br>Acct: | 5.00 | 5.00 | 0.00 | 0.00 |
| RUSSELL A BURDELSKI ESQ*<br>Acct: | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| RUSSELL A BURDELSKI ESQ*<br>Acct: | 1,675.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | * * * N O N E * * * | | | |
| Unsecured | | | | | |
| | SHANK GARBAGE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | AIS PORTFOLIO SERVICES (AMERICAN IN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | ROBERTSON ANSCHUTZ SCHNEID CRAN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS 35,711.24

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 25,950.35 |
| UNSECURED | 0.00 |

Date: 10/13/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com